**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FLEXBORROW LLC, and THE VAULT AUTO
GROUP LLC,

        Plaintiffs,

- against -

TD AUTO FINANCE LLC,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
CV 16-6359 (JFB)(ARL)

       An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on July 18, 2017, dismissing this case pursuant to Rule 41(b) Federal Rule of Civil Procedure with prejudice to the federal claims, and without prejudice to the New York State law claims for lender liability and fraud; and directing the Clerk of the Court to enter judgment accordingly and close this case, it is

       **ORDERED AND ADJUDGED** that plaintiffs Flexborrow LLC and The Vault Auto. Group LLC take nothing of defendant TD Auto Finance LLC; that this case is dismissed with prejudice to the federal claims, and without prejudice to the New York State claims for lender liability and fraud; and that this case is closed.

Dated:  Central Islip, New York
        July 21, 2017

                              DOUGLAS C. PALMER
                              Clerk of the Court

                        BY:    /s/ James J. Toritto
                                Deputy Clerk